Eugene Feldman, Esq. SBN 118497
genefeldman@mindspring.com
EUGENE FELDMAN ATTORNEY AT LAW, APC
555 Pier Avenue, Ste. 4
Hermosa Beach, California 90254
Tel:  310-372-4636
Fax: 310-376-3531

A. Anderson B. Dogali, Esq.
*Pro Hac Vice*
adogali@forizs-dogali.com
Brian A. Hohman, Esq.
*Pro Hac Vice*
bhohman@forizs-dogali.com
FORIZS & DOGALI, P.A.
4301 Anchor Plaza Parkway, Suite 300
Tampa, Florida 33634
Tel:  813-289-0700
Fax: 813-289-9435
*Attorneys for Plaintiffs and Class Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| CARI SHIELDS, AMBER BOGGS and TERESA STOCKTON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WALT DISNEY PARKS AND RESORTS US, INC., DISNEY ONLINE, INC., DOES 1-10, INCLUSIVE,<br><br>Defendants.<br>_____ / | Case No.: 10-cv-5810<br><br>AMENDED NOTICE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1 OF PLAINTIFFS, CARI SHIELDS, AMBER BOGGS and TERESA STOCKTON, on behalf of themselfs and all others similarly situated |

**AMENDED NOTICE OF INTERESTED PARTIES**

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

The undersigned, counsel of record for Plaintiffs, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.

1

1 These representations are made to enable the Court to evaluate possible disqualification or recusal.

| | | |
|---|---|---|
| 1. | Cari Shields | Plaintiff and Class Representative |
| 2. | Amber Boggs | Plaintiff and Class Representative |
| 3. | Teresa Stockton | Plaintiff and Class Representative |
| 4. | Disney Online, Inc. | Defendant |
| 5. | Walt Disney Parks and Resorts US, Inc. | Defendant |

## **CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that on September 16, 2010, the foregoing AMENDED NOTICE OF INTERESTED PARTIES was electronically filed with the Clerk of Court using the Court's CM/ECF filing system, which will provide notice and a copy of this document to the following: David H. Raizman, Attorney for Defendants, Eisenberg, Raizman, Thurston and Wong, LLP.

FORIZS & DOGALI, P.A.

 /s/ **Brian Hohman**
 BRIAN A. HOHMAN
bhohman@forizs-dogali.com
Fla. Bar No.: 764671- *Pro Hac Vice*
A. ANDERSON B. DOGALI
adogali@forizs-dogali.com
Fla. Bar No.:0615862 - *Pro Hac Vice*
4301 Anchor Plaza Parkway, Suite 300
Tampa, FL  33634
Telephone:  (813) 289-0700
Facsimile:  (813) 289-9435

EUGENE FELDMAN, SBN 118497
genefeldman@mindspring.com
EUGENE FELDMAN, ATTORNEY AT LAW, APC
555 Pier Avenue, Suite 4

Hermosa Beach, California 90254
Phone: (310) 372 4636
Fax: (310) 376 3531

***ATTORNEYS FOR CARI SHIELDS, AMBER BOGGS, TERESA STOCKTON AND THE PUTATIVE CLASSES***