1  DRINKER BIDDLE & REATH LLP
   David H. Raizman (SBN 129407)
2  david.raizman@dbr.com
   Elena S. Min (SBN 235065)
3  elena.min@dbr.com
   Yehonatan Cohen (SBN 244393)
4  yehonatan.cohen@dbr.com
   1800 Century Park East, Suite 1400
5  Los Angeles, California  90067-1517
   Telephone:   (310) 203-4000
6  Facsimile:    (310) 229-1285

7  Attorneys for Defendants
   Walt Disney Parks and Resorts U.S., Inc.
8  and Disney Online

9              **UNITED STATES DISTRICT COURT**
10
11             **CENTRAL DISTRICT OF CALIFORNIA**
12

| 13  CARI SHIELDS, AMBER BOGGS and TERESA STOCKTON, on behalf of themselves and all others similarly situated, | Case No. CV 10-5810-DMG (FMOx) |
| 14 | **[PROPOSED] ORDER:  (1) SETTING TELEPHONIC STATUS CONFERENCE; AND (2) CONTINUING DEADLINE TO FILE PAPERS SEEKING APPROVAL OF CLASS ACTION SETTLEMENT** |
| 15              Plaintiffs, | |
| 16  v. | |
| 17  WALT DISNEY PARKS AND RESORTS US, INC., DISNEY ONLINE, INC. and DOES 1-10, INCLUSIVE, | |
| 18 | |
| 19              Defendants. | |

20
21
22
23
24
25
26
27
28

Having considered the December 22, 2011 Stipulation Of Parties To Schedule Vacated Telephonic Status Conference Date And Stipulation Of Class Representative Plaintiffs And Defendants To Continue Deadline To File Papers Seeking Approval Of Class Action Settlement, and good cause appearing for the relief sought in that Stipulation, **IT IS HEREBY ORDERED THAT:**

1. The telephonic status conference, previously scheduled for December 19, 2011 at 11:00 a.m., shall be continued to January 6, 2012 at 11:00 a.m. The parties shall provide the Courtroom Deputy Clerk with a telephone number for a landline at which they may be contacted by the Court at that time; and

2. The Court continues the deadline by which the parties may submit papers for preliminary approval of a class action settlement from December 30, 2011 to January 27, 2012.

**IT IS SO ORDERED.**

DATED: December 28, 2011

_____
DOLLY M. GEE
United States District Judge