Eugene Feldman, Esq., SBN 118497
genefeldman@mindspring.com
EUGENE FELDMAN ATTORNEY AT LAW, APC
555 Pier Avenue, Ste. 4
Hermosa Beach, California 90254
Tel:   310-372-4636
Fax:   310-376-3531

A. Anderson B. Dogali, Esq.
*Pro Hac Vice*
adogali@forizs-dogali.com
FORIZS & DOGALI, P.A.
4301 Anchor Plaza Parkway, Suite 300
Tampa, Florida 33634
Tel:   813-289-0700
Fax:   813-289-9435
*Attorneys for Plaintiffs and Class Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DISTRICT

| | |
|---|---|
| CARI SHIELDS, AMBER BOGGS and TERESA STOCKTON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WALT DISNEY PARKS AND RESORTS US, INC., DISNEY ONLINE, INC., DOES 1-10, INCLUSIVE,<br><br>Defendants. | Case No.: 10-cv-5810-DMG (FMOx)<br><br>Class Action<br><br>**JOINT STATUS REPORT OF CLASS PLAINTIFFS AND DEFENDANTS** |

1       Pursuant to the Court's April 3, 2012 Order (Doc. No. 189), class representative plaintiffs Amber Boggs and Cari Shields ("Class Plaintiffs"), on the one hand, and defendants Walt Disney Parks and Resorts U.S., Inc. and Disney Online ("Defendants"), on the other hand, jointly report on the status of their settlement and their intention to file papers supporting a motion for preliminary approval of their settlement.

      Class Plaintiffs and Defendants remain in agreement on the terms of their settlement. The various papers necessary for the Court's preliminary approval of the settlement are in the process of being prepared and will be ready for filing by April 23, 2012, as ordered by the Court.

      Class representative plaintiffs separately advise the Court that as of today the plaintiffs have not been provided with a draft settlement agreement by defendants as promised. Notwithstanding past delay, defendants have advised plaintiffs to expect to receive the draft no later than Tuesday, April 10, 2012. Compliance with the Court's entirely appropriate deadline of April 23, 2012 will require defendants to meet this commitment and to show promptness thereafter in addressing changes and revisions to the draft settlement agreement once it is provided.

      Respectfully submitted,

Dated:     April 9, 2012     FORIZS & DOGALI, P.A.

EUGENE FELDMAN
ATTORNEY AT LAW, APC

By: */s/ Anthony Anderson Benton Dogali*
    Anthony Anderson Benton Dogali
    Attorneys for Class Plaintiffs

**[ADDITIONAL SIGNATURE ON NEXT PAGE]**

| | | | |
|---|---|---|---|
| 1 | Dated: | April 9, 2012 | DRINKER BIDDLE & REATH LLP |

By: */s/ David H. Raizman*_____
    David H. Raizman
    Attorneys for Defendants

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Drinker Biddle & Reath LLP, 1800 Century Park East, Suite 1400, Los Angeles, California 90067.

    On **April 9, 2012**, I served the foregoing document described as: **JOINT STATUS REPORT OF CLASS PLAINTIFFS AND DEFENDANTS** on the interested parties in this action by transmitting a copy as follows:

## SEE ATTACHED SERVICE LIST

  X  **By ELECTRONIC FILING** (I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel denoted on the attached Service List.)

      **By PERSONAL SERVICE**

          by personally delivering such envelope to the addressee.

          by causing such envelope to be delivered by messenger to the office of the addressee.

  X  **By UNITED STATES MAIL** (I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.)

      **By OVERNIGHT DELIVERY** (by causing such envelope to be delivered to the office of the addressee by overnight delivery via Federal Express or by other similar overnight delivery service.)

      **By FAX TRANSMISSION**

      (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

  X  (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **April 9, 2012**, at Los Angeles, California.

    MELANIE WILLIS                /s/ Melanie Willis
Name                                  Signature

# SERVICE LIST

*Cari Shields, et al. v. Walt Disney Parks and Resorts US, Inc., et al.*
*USDC Case No. 2:10-cv-05810-DMG-FMO*

**Served Electronically**

A. Anderson B. Dogali
adogali@forizs-dogali.com

Lee Wm. Atkinson
latkinson@forizs-dogali.com

Eugene Feldman
genefeldman@mindspring.com

**Served by U.S. Mail**

Teresa Stockton (*In pro per*)
1722 South Carson Avenue, Apt. No. 904
Tulsa, Oklahoma 74119