EUGENE FELDMAN, ESQ., SBN 118497
genefeldman@mindspring.com
EUGENE FELDMAN, ATTORNEY AT LAW, APC
555 Pier Avenue, Suite 4
Hermosa Beach, California 90254
Phone: (310) 372-4636 / Fax: (310) 376-3531

A. ANDERSON B. DOGALI, ESQ., *Pro Hac Vice*
adogali@forizs-dogali.com
LEE WM. ATKINSON, ESQ., *Pro Hac Vice*
latkinson@forizs-dogali.com
BARBARA U. UBEROI, ESQ., SBN 208389
buberoi@forizs-dogali.com
FORIZS & DOGALI, P.A.
4301 Anchor Plaza Parkway, Suite 300
Tampa, FL 33634
Phone: (813) 289-0700 / Fax: (813) 289-9435

*ATTORNEYS FOR CARI SHIELDS,
AMBER BOGGS, AND THE CLASS PLAINTIFFS*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CARI SHIELDS, AMBER BOGGS and TERESA STOCKTON, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>WALT DISNEY PARKS AND RESORTS US, INC., DISNEY ONLINE, INC., DOES 1-10, INCLUSIVE,<br><br>　　　　Defendants. | Case No.: No. 10-cv-5810-DMG(JEM)<br><br>**ORDER ADVANCING HEARING ON MOTION FOR PRELIMINARY APPROVAL OF MOTIONS FOR CLASS ACTION SETTLEMENT, CLASS CERTIFICATION, AND FILING OF SECOND AMENDED COMPLAINT [201]** |

　　　Having reviewed the parties' stipulation to advance the hearing on their joint motions for preliminary approval of class action settlement, conditional certification of settlement classes, and leave to file Second Amended Complaint, and GOOD CAUSE appearing,

Page 1

[Proposed] Order Advancing Hearing On Motions For Preliminary Approval Of
Class Action Settlement, Class Certification, And Filing Of Second Amended Complaint

IT IS HEREBY ORDERED that:

The hearing of the above-mentioned motions is advanced from May 25, 2012 to May 4, 2012 at 9:30 a.m.

Dated: May 1, 2012

_____
DOLLY GEE
UNITED STATES DISTRICT JUDGE