UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL SHIELDS, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>WALT DISNEY PARKS AND RESORTS U.S., INC., et al.,<br><br>        Defendant. | Case No. 10-cv-05810 DMG (FMOx)<br><br>Class Action<br><br>**[PROPOSED] ORDER GRANTING FINAL APPROVAL TO CLASS ACTION SETTLEMENT AND DISMISSING SECOND AMENDED COMPLAINT WITH PREJUDICE**<br><br>[Filed concurrently with Notice of Joint Motion and Motion for Final Approval of Class Action Settlement; Joint Memorandum of Points and Authorities in Support of Joint Motion for Final Approval of Class Action Settlement; Declarations of Yehonatan Cohen, David Raizman and Andy Dogali]<br><br>Date:      August 3, 2012<br>Time:     9:30 a.m.<br>Courtroom: 7<br><br>Judicial Officer: Hon. Dolly M. Gee |

1    This matter is before the Court on the joint motions (the "Motions") of
2 plaintiffs Cari Shields and Amber Boggs ("Named Plaintiffs") and defendants Walt
3 Disney Parks and Resorts U.S., Inc., Disney Online and Walt Disney Parks and
4 Resorts Online (collectively, "Disney") for, among other things, final approval of
5 the Class Action Settlement Agreement And Release (the "Settlement Agreement")
6 entered in the above-captioned action. The Motions seek, among other things, final
7 approval of the Settlement Agreement entered into between Named Plaintiffs, and
8 Disney.
9    Having considered the Motion as presented in the supporting brief and papers
10 and at oral argument, the Settlement Agreement, and any comments or objections
11 submitted by members of the conditionally-certified classes, and the Court having
12 found that the proposed resolution of this matter set forth in the Settlement
13 Agreement, taken as a whole, is fundamentally fair, adequate, and reasonable to all
14 concerned, and for other good cause shown, the Court hereby Orders as follows:
15    1.    The following classes shall be certified as settlement classes under
16 Rules 23(a) and 23(b)(2) of the Federal Rules of Civil Procedure:
17       a.    <u>The Website Class</u>: All individuals with visual impairments
18 who (a) have a disability, as that term is defined in 42 U.S.C. §12102, and (b) have
19 been or will be unable to gain equal access to or enjoyment of one or more of the
20 websites owned or operated by Disney such as www.disney.go.com,
21 www.disneyland.com, www.disneyworld.com, and www.disneycruise.com as a
22 result of their visual disability.
23       b.    <u>The Effective Communication Class</u>: All individuals with
24 visual impairments who (a) have a disability, as that term is defined in 42 U.S.C. §
25 12102, and (b) have been or will be denied equal access to or enjoyment of the
26 Disney Parks because of (i) the absence of maps in an alternative format, or (ii) the
27 absence of menus in an alternative format, or (iii) the absence of schedules of
28 events at the Disney Parks in an alternative format, or (iv) inadequate or

1  inconsistent operation of the audio description service on the Handheld Device, or
2  (v) Disney's refusal to provide a free or discounted pass to their sighted
3  companions, or (vi) the failure to be read, in full, the menus, maps or schedules of
4  events at the Disney Parks.

5        c.    <u>The Service Animal Class</u>:  All individuals with visual
6  impairments who (a) have a disability, as that term is defined in 42 U.S.C. §12102,
7  and (b) have been or will be denied equal access to or enjoyment of the Disney
8  Parks because of (i) the fee charged for the use of a kennel for their service animal,
9  or (ii) the absence of reasonably-designated service animal relief areas, or (iii) the
10 absence of a location to kennel their service animal at attractions that do not allow
11 service animals, or (iv) the lack of equal interaction with Disney employees who
12 portray Disney characters because the individuals with visual impairments are
13 accompanied by service animals.

14       d.    <u>The Infrastructure Class</u>:  All individuals with visual
15 impairments who (a) have a disability, as that term is defined in 42 U.S.C. § 12102,
16 and (b) have been or will be denied equal access to or enjoyment of the Disney
17 Parks because of (i) physical barriers to access, or (ii) the lack of reasonable
18 modifications to Disney's policies and practices to permit such equal access or
19 enjoyment.  Among other things, the members of this class have been or will be
20 denied equal access to or enjoyment of the parade viewing areas at the Disneyland
21 Resort and the Walt Disney World Resort, and to public lockers or parking lots at
22 the Disneyland Resort.

23     2.    Andy Dogali, of Forizs and Dogali PA, and Eugene Feldman, of the
24 Eugene Feldman, Attorney At Law, APC, are appointed as class counsel of the
25 certified classes under Rule 23(g) of the Federal Rules of Civil Procedure.

26     3.    The Court hereby grants final approval to the Settlement Agreement (a
27 true and correct copy of which is attached as Exhibit 1 to this Order) as it finds that,
28 taken as a whole, the settlement and compromise contained in that Settlement

Agreement is fundamentally fair, adequate, and reasonable to all concerned.

4. Pursuant to Sections V and VI of the Settlement Agreement, Named Plaintiffs and all members of the Settlement Classes and each of their executors, successors, heirs, assigns, administrators, agents and representatives (collectively the "Releasing Parties") shall be forever barred from asserting all claims, known or unknown, that the Releasing Parties may have against Disney and the "Released Parties" (as that term is defined in Section V of the Settlement Agreement) for discrimination and/or denial of equal access to or enjoyment of any goods, services, facilities, websites, privileges, advantages, or accommodations, based upon a disability related to visual impairment, under the common law or any state, local or federal statute, rule or regulation, arising from Disney's practices or procedures in connection with, or the condition of, the Disney Parks or websites owned or operated by Disney prior to the Effective Date (as that term is defined in Section I.A.10 of the Settlement Agreement), or as those practices, procedures or conditions at the Disney Parks or of the websites owned or operated by Disney are subsequently modified to comply with the terms of the Settlement Agreement approved by this Order. This Order is intended to bar members of the classes defined in Paragraph 1 above from asserting or initiating future claims that have been released and that relate to the issues in this Action or the subject matter of the Settlement Agreement.

5. The Second Amended Complaint shall be and hereby is dismissed with prejudice.

IT IS SO ORDERED.

DATED: _____

THE HONORABLE DOLLY M. GEE
U.S. DISTRICT JUDGE

[Submitting counsel's signatures on next page]

1

2   Respectfully submitted,

3   DRINKER BIDDLE & REATH LLP

4   By:  */s/ David H. Raizman*
         David H. Raizman
5

6   Attorneys for Defendants
    Walt Disney Parks and Resorts U.S.,
7   Inc., Disney Online and Walt Disney
    Parks and Resorts Online

8

9   FORIZS & DOGALI, P.A.

10  EUGENE FELDMAN ATTORNEY AT
    LAW, APC

11  By:  */s/ Andy Dogali*
         Andy Dogali
12

13  Attorneys for Plaintiffs
    Cari Shields, Amber Boggs and Class
14  Plaintiffs

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Drinker Biddle & Reath LLP, 1800 Century Park East, Suite 1400, Los Angeles, California 90067.

On **July 6, 2012**, I served the foregoing documents described as: **[PROPOSED] ORDER GRANTING FINAL APPROVAL TO CLASS ACTION SETTLEMENT AND DISMISSING SECOND AMENDED COMPLAINT WITH PREJUDICE** on the interested parties in this action by transmitting a copy as follows:

**SEE ATTACHED SERVICE LIST**

__X__ **By ELECTRONIC FILING** (I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel denoted on the attached Service List.)

____ **By PERSONAL SERVICE**

  ____ by personally delivering such envelope to the addressee.

  ____ by causing such envelope to be delivered by messenger to the office of the addressee.

__X__ **By UNITED STATES MAIL** (I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.)

____ **By OVERNIGHT DELIVERY** (by causing such envelope to be delivered to the office of the addressee by overnight delivery via Federal Express or by other similar overnight delivery service.)

____ **By FAX TRANSMISSION**

____ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

__X__ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **July 6, 2012**, at Los Angeles, California.

| MELANIE WILLIS | /s/ Melanie Willis |
|---|---|
| Name | Signature |

# **SERVICE LIST**

*Cari Shields, et al. v. Walt Disney Parks and Resorts U.S., Inc., et al.*
*USDC Case No. 2:10-cv-05810-DMG-FMO*

**Served Electronically**

A. Anderson B. Dogali, Esq.
adogali@forizs-dogali.com

Barbara Ursula Uberoi, Esq.
buberoi@forizs-dogali.com

Lee Wm. Atkinson, Esq.
latkinson@forizs-dogali.com

Eugene Feldman, Esq.
genefeldman@mindspring.com

**Served by U.S. Mail**

Teresa Stockton
1722 South Carson Avenue
Apt. No. 904
Tulsa, Oklahoma 74119