David H. Raizman (SBN 129407)
david.raizman@dbr.com
James M. Altieri (Admitted *Pro Hac Vice*)
james.altieri@dbr.com
DRINKER BIDDLE & REATH LLP
1800 Century Park East, Suite 1400
Los Angeles, California 90067-1517
Telephone:  (310) 203-4000
Facsimile:   (310) 229-1285

Attorneys for Defendants
Walt Disney Parks and Resorts U.S., Inc.,
Disney Online and Walt Disney Parks and
Resorts Online

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| CARI SHIELDS, AMBER BOGGS and TERESA STOCKTON, on behalf of themselves and all others similarly situated, | Case No. CV10-5810-DMG (FMOx) |
|---|---|
| | Class Action |
| Plaintiffs, | **ORDER CONTINUING HEARING ON MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAINTIFFS' MOTIONS FOR ATTORNEYS' FEES AND COSTS AND FOR INCENTIVE AWARDS [249]** |
| vs. | |
| WALT DISNEY PARKS AND RESORTS U.S., INC., DISNEY ONLINE, WALT DISNEY PARKS AND RESORTS ONLINE, and DOES 1-10, INCLUSIVE, | |
| | New Date: October 12, 2012 |
| | Time:         9:30 a.m. |
| Defendants. | Courtroom: 7 |

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

LA01/ 1164341.1

[PROPOSED] ORDER CONTINUING HEARING ON MOTIONS FOR FINAL SETTLEMENT APPROVAL, ETC.

1    Having considered the Stipulation to Continue Hearing on Motion for Final
2    Approval of Class Action Settlement and Plaintiffs' Motions for Attorneys' Fees
3    and Costs and for Incentive Awards, and for good cause shown, the Court hereby
4    continues the hearing currently set for October 5, 2012 to **October 12, 2012 at 9:30**
5    **a.m.**
6        IT IS SO ORDERED.

8    DATED:   October 4, 2012

                                        _____
9                                       DOLLY M. GEE
10                                      UNITED STATES DISTRICT JUDGE

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

[PROPOSED] ORDER CONTINUING HEARING ON
MOTIONS FOR FINAL SETTLEMENT APPROVAL,
ETC.