# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARI SHIELDS, AMBER BOGGS and TERESA STOCKTON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WALT DISNEY PARKS AND RESORTS U.S., INC., DISNEY ONLINE, AND WALT DISNEY PARKS AND RESORTS ONLINE, DOES 1-10, INCLUSIVE,<br><br>Defendants. | Case No. CV10-5810-DMG (FMOx)<br><br>Class Action<br><br>**ORDER GRANTING CONTINUANCE OF HEARING ON MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT [257]**<br><br>New Date: November 30, 2012<br>Time: 9:30 a.m.<br>Courtroom: 7 |

1  Having considered the Stipulation to Continue Hearing on Motion for Final
2  Approval of Class Action Settlement, and for good cause shown, the Court hereby
3  continues the hearing currently set for November 9, 2012 at 9:30 a.m. to **November
4  30, 2012 at 9:30 a.m.**

5  IT IS SO ORDERED.

7  DATED:   November 6, 2012

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

LA01/ 1171229.1