EUGENE FELDMAN, SBN 118497
genefeldman@mindspring.com
EUGENE FELDMAN, ATTORNEY AT LAW, APC
555 Pier Avenue, Suite 4
Hermosa Beach, California 90254
Phone: (310) 372 4636 / Fax: (310) 376 3531

and

ANDY DOGALI
*Pro Hac Vice*
adogali@forizs-dogali.com
FORIZS & DOGALI, P.A.
4301 Anchor Plaza Parkway, Suite 300
Tampa, FL 33634
Phone: (813) 289-0700/   Fax: (813) 289-9435
*ATTORNEYS FOR CARI SHIELDS,
AMBER BOGGS, AND THE CLASSES*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| CARI SHIELDS, AMBER BOGGS and TERESA STOCKTON, on behalf of themselves and all others similarly situated,<br><br>           Plaintiffs,<br>     vs.<br>WALT DISNEY PARKS AND RESORTS US, INC., DISNEY ONLINE, INC., DOES 1-10, INCLUSIVE,<br>           Defendants. | Case No.: No. 10-cv-5810-DMG(JEM)<br><br>**PLAINTIFFS' NOTICE OF WITHDRAWAL FROM JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Honorable Dolly M. Gee |

Plaintiffs Cari Shields and Amber Boggs, by and through their undersigned counsel, on behalf of themselves and all others similarly situated, give notice of their

1

PLAINTIFFS' NOTICE OF WITHDRAWAL FROM JOINT   CASE NO. 10-CV-5810-DMG(JEM)
MOTION FOR FINAL APPROVAL OF CLASS ACTION
SETTLEMENT

2023

withdrawal from the parties' previously filed Joint Motion for Final Approval of Class Action Settlement (Doc. 226). Following substantial consideration, and in light of recent developments in the law and related concerns raised in open court, Plaintiffs have concluded that the settlement agreement which was the subject of the prior joint motion, while substantively admirable, falls procedurally short of honoring the due process rights of many class members. Class Plaintiffs and Class Counsel withdraw their joinder in the Joint Motion for Final Approval, as they do not support approval of the original settlement agreement.

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true copy of the foregoing has been electronically filed with the Clerk of the Court pursuant to Local Rule 5-4.1and General Order No. 10-07 regarding Electronic Case Filing in the Central District of California by using the CM/ECF system which will send a copy of the documents and a notice of filing to counsel of record and that a true and correct copy of the foregoing was furnished by Plaintiffs via U.S. mail to Teresa Stockton, 1722 S. Carson Ave, Apt# 904, Tulsa, OK 74119 this 20th day of November, 2012.

 */s/ Barbara U. Uberoi*
ANDY DOGALI, ESQ.
*Pro Hac Vice*
adogali@forizs-dogali.com
LEE WM. ATKINSON, ESQ.
*Pro Hac Vice*
latkinson@forizs-dogali.com

BARBARA U. UBEROI, ESQ.
California Bar No. 208389
buberoi@forizs-dogali.com
FORIZS & DOGALI, P.A.
4301 Anchor Plaza Parkway, Suite 300
Tampa, FL 33634
Phone: (813) 289-0700 / Fax: (813) 289-9435

and

EUGENE FELDMAN, SBN 118497
genefeldman@mindspring.com
EUGENE FELDMAN, ATTORNEY AT LAW, APC
555 Pier Avenue, Suite 4
Hermosa Beach, California 90254
Phone: (310) 372 4636 / Fax: (310) 376 3531
*ATTORNEYS FOR CARI SHIELDS AND AMBER BOGGS, INDIVIDUALLY AND AS CLASS REPRESENTATIVES*