David H. Raizman (SBN 129407)
david.raizman@dbr.com
James M. Altieri (Admitted *Pro Hac Vice*)
james.altieri@dbr.com
DRINKER BIDDLE & REATH LLP
1800 Century Park East, Suite 1400
Los Angeles, California 90067-1517
Telephone: (310) 203-4000
Facsimile: (310) 229-1285

Attorneys for Defendants
Walt Disney Parks and Resorts U.S., Inc.,
Disney Online and Walt Disney Parks and
Resorts Online

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARI SHIELDS, AMBER BOGGS and TERESA STOCKTON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WALT DISNEY PARKS AND RESORTS U.S., INC., DISNEY ONLINE, AND WALT DISNEY PARKS AND RESORTS ONLINE, DOES 1-10, INCLUSIVE,<br><br>Defendants. | Case No. CV10-5810-DMG (FMOx)<br><br>Class Action<br><br>**JOINT STATUS REPORT RE: SETTLEMENT**<br><br>Judicial Officer: Hon. Dolly M. Gee |

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

JOINT STATUS REPORT
RE: SETTLEMENT

Andy Dogali (Admitted *Pro Hac Vice*)
adogali@forizs-dogali.com
FORIZS & DOGALI, P.A.
4301 Anchor Plaza Parkway, Suite 300
Tampa, Florida 33634
Telephone: (813) 289-0700
Fax: (813) 289-9435

Eugene Feldman (SBN 118497)
genefeldman@mindspring.com
EUGENE FELDMAN, ATTORNEY AT LAW, APC
555 Pier Avenue, Suite 4
Hermosa Beach, California 90254-3800
Telephone: (310) 372-4636
Facsimile: (310) 372-4639

Attorneys for Plaintiffs
Cari Shields and Amber Boggs and
Class Plaintiffs

Pursuant to the November 2, 2012 Order of the Honorable Magistrate Judge Fernando M. Olguin (Court Doc. No. 256) requiring that "[c]ounsel for the parties shall file a Status Report Re: Settlement no later than November 27, 2012," plaintiffs Cari Shields and Amber Boggs, on their own behalf and on behalf of the classes they represent (collectively "Plaintiffs"), and defendants Walt Disney Parks and Resorts U.S., Inc., Disney Online and Walt Disney Parks and Resorts Online (collectively "Defendants" or "Disney") submit the following joint report:

**Plaintiffs' Statement**

The parties are at an impasse. Plaintiffs have withdrawn their support for approval of the original settlement. Efforts to modify the original settlement to provide greater due process protection for the class members have failed. Plaintiffs will provide a discussion of their unwillingness to agree to Disney's recent proposed modification in their report to the Court to be filed November 28, 2012, regarding the cases cited by Plaintiffs' counsel at the hearing before the Court on October 12, 2012.. In the absence of a settlement which might be finally approved at the hearing currently scheduled before the Court for November 30, 2012, Plaintiffs ask the Court to treat that hearing as a case management and trial scheduling conference. Plaintiffs will appear on November 30 prepared to discuss case management and trial scheduling issues.

**Defendants' Statement**

At the conclusion of the settlement conference, Judge Olguin encouraged Disney to file a motion to enforce the revised settlement agreement presented to the Court on October 12, 2012, which it is doing this week, having now conducted the required pre-filing conference with Class Counsel. That motion will address why Class Counsel has abandoned in its entirety the settlement agreement to which Plaintiffs and Class Counsel are contractually bound, why it should be enforced over their objection and why it is necessary to disregard

Class Counsel's claims of an "impasse." If granted, the motion would fully and finally dispose of the action and thus would not require the resumption of case management and litigation activity. Defendants thus oppose as an unexcused breach of the settlement agreement Plaintiffs' notice purporting to withdraw their support of the joint motion for final approval and their additional efforts to return the case to a litigation schedule.

Dated: November 27, 2012

Respectfully submitted,

DRINKER BIDDLE & REATH LLP

By: /s/ David H. Raizman
    David H. Raizman

Attorneys for Defendants
Walt Disney Parks and Resorts U.S., Inc., Disney Online and Walt Disney Parks and Resorts Online

Dated: November 27, 2012

FORIZS & DOGALI, P.A.

EUGENE FELDMAN ATTORNEY AT LAW, APC

By: /s/ Andy Dogali
    Andy Dogali

Attorneys for Plaintiffs
Cari Shields and Amber Boggs and Class Plaintiffs

# PROOF OF SERVICE
***Shields, et al. v. Walt Disney Parks and Resorts US, Inc., et al.***
USDC CD CAL. CASE NO. CV10-05810 DMG (FMOx)

**STATE OF CALIFORNIA**

**COUNTY OF LOS ANGELES**

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Drinker Biddle & Reath LLP, 1800 Century Park East, Suite 1400, Los Angeles, California 90067.

    On November 27, 2012, I served the document(s) described as:

**JOINT STATUS REPORT RE: SETTLEMENT**

on the interested parties in this action by transmitting a copy as follows:

Eugene Feldman, Esq., SBN 118497
genefeldman@mindspring.com
EUGENE FELDMAN ATTORNEY AT LAW, APC
555 Pier Avenue, Suite 4
Hermosa Beach, California 90254

Andy Dogali, Esq. (*Pro Hac Vice*)
adogali@forizs-dogali.com
FORIZS & DOGALI, P.A.
4301 Anchor Plaza Parkway, Suite 300
Tampa, Florida 33634

Attorneys for Plaintiffs and Class Plaintiffs

  X   **By ELECTRONIC FILING** (I will electronically file the foregoing document using the CM/ECF system which sent notification of such electronic filing to counsel denoted above.)

  X   (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 27, 2012, at Los Angeles, California.

                                                 /s/ *Elena S. Min*
                                                  Elena S. Min