Andy Dogali
adogali@forizs-dogali.com
Admitted *Pro Hac Vice*
FORIZS & DOGALI, P.A.
4301 Anchor Plaza Parkway, Suite 300
Tampa, Florida 33634
Telephone:  (813) 289-0700
Facsimile:    (813) 289-9435

Eugene Feldman, SBN 118497
genefeldman@mindspring.com
Eugene Feldman, Attorney at Law, APC
555 Pier Avenue, Suite 4
Hermosa Beach, California 90254-3800
Telephone:  (310) 372-4636
Facsimile:    (310) 372-4639

Attorneys for Plaintiffs

[Additional counsel listed on next page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARI SHIELDS, AMBER BOGGS and TERESA STOCKTON, on behalf of themselves and all other similarly situated, | Case No. 10-cv-5810 DMG (FMOx) |
| Plaintiffs, | **Class Action** |
| v. | **CLASS ACTION SETTLEMENT AGREEMENT AND RELEASE** |
| WALT DISNEY PARKS AND RESORTS US, INC., DISNEY ONLINE, INC., DOES 1-10 INCLUSIVE, | Judicial Officer:  Hon Dolly M. Gee |
| Defendants. | |

1    DAVID H. RAIZMAN, SBN 129407
     david.raizman@dbr.com
2    JAMES M. ALTIERI
     james.altieri@dbr.com
3    Admitted *Pro Hac Vice*
     DRINKER BIDDLE & REATH LLP
4    1800 Century Park East, Suite 1400
     Los Angeles, California  90067-1517
5    Telephone:   (310) 203-4000
     Facsimile:   (310) 229-1285
6
     Attorneys for Defendants Walt Disney
7    Parks and Resorts U.S., Inc. and Disney Online

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Cari Shields and Amber Boggs, on behalf of themselves and each of the Class Members of each of the represented Settlement Classes, as defined below, make and enter into this Class Action Settlement Agreement and Release ("Settlement Agreement") with Walt Disney Parks and Resorts U.S., Inc., Walt Disney Parks and Resorts Online, and Disney Online.

## I.   GENERAL PROVISIONS

### A.   Definitions

Capitalized terms used throughout this Settlement Agreement shall have the following meanings:

1.   "Action" shall mean the lawsuit entitled *Cari Shields, et al. v. Walt Disney Parks and Resorts US, Inc., et al.*, U.S.D.C. C.D. Cal. Case No. 1-CV-5810 DMG (FMOx), which was previously removed to the United States District Court for the Central District of California (the "Court") and is pending before the Honorable Dolly M. Gee.

2.   "Area," as used in Sections II.A.2.b.(i) and II.A.2.b.(iv) below and in reference to areas within each of the Disney Parks, shall mean any one or more of the following areas within the respective Disney Parks:

a.   Disneyland – (i) Adventureland, Frontierland, New Orleans Square and Critter Country, (ii) Main Street, U.S.A., and (iii) Fantasyland, Mickey's Toontown and Tomorrowland;

b.   DCA – (i) Buena Vista Street, Hollywood Land and "a bug's land," (ii) Pacific Wharf and Cars Land, and (iii) Condor Flats, Grizzly Peak and Paradise Pier;

c.   Magic Kingdom – (i) Main Street, U.S.A., (ii) Adventureland, Frontierland and Liberty Square, and (iii) Fantasyland and Tomorrowland;

d.   Epcot – (i) Future World, and (ii) World Showcase;

CLASS ACTION SETTLEMENT
AGREEMENT AND RELEASE

e.      Disney's Hollywood Studios – (i) Echo Lake, Commissary Lane and Streets of America, and (ii) Hollywood Boulevard, Pixar Place and Sunset Boulevard; and

f.      Disney's Animal Kingdom – (i) Africa and Asia, and (ii) Oasis, DinoLand U.S.A., Camp Minnie-Mickey and Discovery Island.

3.      "Class Counsel" shall mean Forizs & Dogali, P.A., 4301 Anchor Plaza Parkway, Suite 300, Tampa, Florida 33634, and Eugene Feldman Law Offices, 555 Pier Avenue, Suite 4, Hermosa Beach, California 90254-3800.

4.      "Class Member" shall mean a member of one or more of the Settlement Classes identified in Section I.D(1)-(4).

5.      "Disney" shall mean Walt Disney Parks and Resorts U.S., Inc. ("WDPR"), Walt Disney Parks and Resorts Online ("WDPRO"), and Disney Online.

6.      "Disney Cruise Line" shall mean the business owned and operated by Magical Cruise Company, Ltd. that offers, among other things, various cruise ship excursions to members of the public.

7.      "Disney Parks" shall mean the Disneyland and Disney California Adventure theme parks (respectively, "Disneyland" and "DCA") located at the Disneyland Resort in Anaheim, California, and the Magic Kingdom, Epcot, Disney's Hollywood Studios, and Disney's Animal Kingdom theme parks located at the Walt Disney World Resort in Lake Buena Vista, Florida. "Park" refers to any one of the Disney Parks.

8.      "Disneyland Resort" shall mean Disneyland, DCA, and adjacent, contiguous and related hotels, restaurants, stores, and other facilities and accommodations.

9.      "Disney Websites" shall mean the websites found at www.disneyworld.com, www.disneyland.com, and www.disneycruise.com.

- 2 -

CLASS ACTION SETTLEMENT
AGREEMENT AND RELEASE

10. "Effective Date" shall mean the first date upon which all of the following have occurred: (a) entry by the Court of the Final Approval Order, and (b) either: (i) the expiration, without an appeal or challenge, of the period to appeal or challenge any portion of the Final Approval Order, or (ii) in the event of such an appeal or challenge, the Parties have received actual notice that the Settlement Agreement has received final approval after the final resolution of any appeal or challenge.

11. "Final Approval" shall mean the Court's entry of the Final Approval Order after having found this Settlement Agreement to be fair, adequate, and reasonable.

12. "Final Approval and Fairness Hearing" shall mean the hearing by the Court to (a) review this Settlement Agreement and determine whether the Court should grant final approval to the Settlement Agreement pursuant to Rule 23(e) of the Federal Rules of Civil Procedure; (b) consider any timely objections made pursuant to Section XI and all responses by the Parties; (c) consider the request for attorneys' fees and expenses submitted by Class Counsel; and (d) consider the Named Plaintiffs' requests for service payments.

13. "Final Approval Order" shall mean the document attached to this Settlement Agreement as Exhibit C, or any order of similar effect constituting the Court's final approval of the Settlement Agreement.

14. "Handheld Device" shall mean the Disney-designed device currently available at the Disney Parks, which uses Disney's proprietary technology and provides, among other things, an audio description of selected rides and attractions and certain outdoor areas of the Disney Parks.

15. "Information Sheet" shall mean any one or more of the following documents that are currently available at the Disney Parks: "Services for Guests with Visual Disabilities," "Services for Guests with Service Animals," and

CLASS ACTION SETTLEMENT
AGREEMENT AND RELEASE

1   the Information Sheet or guide that contains the schedule of parades and shows at

2   any Park (the "Schedule Information Sheet").

3         16.   "Named Plaintiffs" shall mean Cari Shields and Amber Boggs.

4         17.   "Next Generation," when used in reference to the Handheld

5   Device, shall mean the version of the Handheld Device that will replace the current

6   Handheld Device and will offer enhanced capabilities to guests with visual

7   impairments.

8         18.   "Notice" shall mean the document attached to this Settlement

9   Agreement as Exhibit A.

10         19.   "Operating Guidelines" shall mean WDPR's written guidelines

11   that pertain to the operation of various aspects of the Disney Parks.

12         20.   "Parties" shall mean the Named Plaintiffs, defendants WDPR,

13   Disney Online and WDPRO.

14         21.   "Plaintiffs" shall mean Named Plaintiffs and plaintiff Teresa

15   Stockton.

16         22.   "Preliminary Approval Order" shall mean the document

17   attached to this Settlement Agreement as Exhibit B, or any order of similar effect

18   constituting the Court's preliminary approval of the Settlement Agreement.

19         23.   "Released Claims" shall mean the claims released by the Named

20   Plaintiffs and the Releasing Parties as specifically set forth in Sections V, VI, and

21   VII below.

22         24.   "Restaurants" shall mean the dining establishments at the

23   Disney Parks that are identified on the "Dining" pages of the respective

24   www.disneyland.com or www.disneyworld.com websites as "quick-service" or

25   "table-service" restaurants but not including any kiosks, food carts or mobile food

26   vendors.

27         25.   "Settlement Classes" shall mean the Classes identified in

28   Section I.D.(1)-(4).

CLASS ACTION SETTLEMENT
AGREEMENT AND RELEASE

26. "State Disability Statutes" shall mean any statute, law, regulation or ordinance of state or local government that prohibits discrimination against the disabled in public accommodations, places of resort or amusement and other places open to the public.

27. "Walt Disney World Resort" shall mean the Magic Kingdom, Epcot, Disney's Hollywood Studios and Disney's Animal Kingdom, and the adjacent, contiguous and related hotels, restaurants, stores and other facilities and accommodations.

28. "WCAG 2.0" shall mean Version 2.0 of the Web Content Accessibility Guidelines published by the Worldwide Web Consortium.

**B.    Acknowledgment of Purpose and Scope of the Settlement Agreement**

The Parties have entered into this Settlement Agreement for the following purposes:

- to resolve all disputes asserted in the Action or covered by this Settlement Agreement to avoid further expenses and protracted litigation;
- to agree on the reasonable and appropriate modifications and assistive measures to enhance equal access for guests with visual impairments at the Disney Parks;
- to agree on the reasonable and appropriate modifications and assistive measures to enhance accessibility for individuals with visual impairments who use the Disney Websites; and
- to reach a final resolution of all class claims and defenses asserted in this Action or covered by this Settlement Agreement.

CLASS ACTION SETTLEMENT
AGREEMENT AND RELEASE

## C.    Statement of Dispute

The Named Plaintiffs filed a Complaint in the Superior Court of California for the County of Los Angeles (Case Number BC438241) on May 21, 2010, which action was removed to the Court on August 5, 2010.   In a First Amended Complaint, Plaintiffs alleged, on behalf of 10 alleged national classes, that WDPR and Disney Online engaged in certain practices, in violation of federal and California law, which discriminatorily denied members of the represented classes the benefit of the full use and enjoyment of the Disney Parks and of the websites owned or operated by Disney.   WDPR and Disney Online denied the allegations in the First Amended Complaint.

The parties agree that as part of the Court's issuance of a preliminary approval order substantially in accordance with Exhibit B to this Settlement Agreement, Named Plaintiffs will be deemed to have filed a Second Amended Complaint in the Action to: (1) add WDPRO as a named defendant in the Action, thus conditionally subjecting WDPRO to the rights and obligations provided for in this Settlement Agreement; (2) remove Teresa Stockton as a named plaintiff in the caption and in the allegations of the operative complaint in the Action; and (3) add allegations regarding the accessibility of the Disney Cruise Line website (www.disneycruise.com) to individuals with visual impairments. Disney denies the material allegations in the Second Amended Complaint as well.   A copy of the Second Amended Complaint, which shall be deemed filed as of the Court's preliminary approval of this Settlement Agreement, is attached as Exhibit D to this Settlement Agreement.

## D.    Class Allegations

On February 14, 2011, Plaintiffs filed a Motion for Class Certification, seeking certification of 10 national classes. On June 29, 2011, the Court entered an order granting in part and denying in part Plaintiffs' Motion, certifying the following Classes: (1) the Signage Class; (2) the Kennel Class, but only with

CLASS ACTION SETTLEMENT
AGREEMENT AND RELEASE

1    respect to claims that individuals with visual impairments have been, or will in the

2    future be, deterred from visiting the Disney Parks out of concern that there might

3    not exist reasonable relief areas for service animals; (3) the Companion Ticket

4    Class; (4) the Parade and Show Class; and (5) the Website Class.  The five classes

5    certified by the Court shall be referred to in this Settlement Agreement as the

6    "Certified Classes."   The Court declined, without prejudice, to certify: (1) the

7    Disney Character Class; (2) the Locker Class; (3) the Parking Class; (4) the Maps

8    Class; and (5) certain subclasses of the Kennel Class allegedly composed of

9    individuals with visual impairments accompanied by service animals who paid a fee

10   for use of the kennel or were deterred from attending the Disney Parks because of

11   Disney's (a) charge of a kennel fee, or (b) policy forbidding the tethering of service

12   animals at locations within the Disney Parks while guests with visual impairments

13   experience rides or attractions; and (6) the Audio Description Device Class.

14           As part of the motion seeking preliminary approval of this Settlement

15   Agreement, the Parties shall jointly seek conditional approval, for settlement

16   purposes only, of four reconstituted Settlement Classes that would replace not only

17   the Certified Classes but also the uncertified classes alleged in Plaintiffs' First

18   Amended Complaint.  Specifically, the Parties shall request that the Court certify

19   the following four Settlement Classes:

20           (1)    The Website Class:   All individuals with visual impairments

21   who (a) have a disability, as that term is defined in 42 U.S.C. §12102, and (b) have

22   been or will be unable to gain equal access to or enjoyment of one or more of the

23   websites   owned   or   operated   by   Disney   such   as   www.disney.go.com,

24   www.disneyland.com,   www.disneyworld.com, and   www.disneycruise.com   as   a

25   result of their visual disability.

26           (2)    The Effective Communication Class:   All individuals with

27   visual impairments who (a) have a disability, as that term is defined in 42 U.S.C.

28   §12102, and (b) have been or will be denied equal access to or enjoyment of the

CLASS ACTION SETTLEMENT
                                          AGREEMENT AND RELEASE

1    Disney Parks because of (i) the absence of maps in an alternative format, or (ii) the
2    absence of menus in an alternative format, or (iii) the absence of schedules of
3    events at the Disney Parks in an alternative format, or (iv) inadequate or
4    inconsistent operation of the audio description service on the Handheld Device, or
5    (v) Disney's refusal to provide a free or discounted pass to their sighted
6    companions, or (vi) the failure to be read, in full, the menus, maps or schedules of
7    events at the Disney Parks.

8              (3)    The Service Animal Class:    All individuals with visual
9    impairments who (a) have a disability, as that term is defined in 42 U.S.C. §12102,
10   and (b) have been or will be denied equal access to or enjoyment of the Disney
11   Parks because of (i) the fee charged for the use of a kennel for their service animal,
12   or (ii) the absence of reasonably-designated service animal relief areas, or (iii) the
13   absence of a location to kennel their service animal at attractions that do not allow
14   service animals, or (iv) the lack of equal interaction with Disney employees who
15   portray Disney characters because the individuals with visual impairments are
16   accompanied by service animals.

17             (4)    The Infrastructure Class:    All individuals with visual
18   impairments who (a) have a disability, as that term is defined in 42 U.S.C. §12102,
19   and (b) have been or will be denied equal access to or enjoyment of the Disney
20   Parks because of (i) physical barriers to access, or (ii) the lack of reasonable
21   modifications to Disney's policies and practices to permit such equal access or
22   enjoyment.  Among other things, the members of this class have been or will be
23   denied equal access to or enjoyment of the parade viewing areas at the Disneyland
24   Resort and the Walt Disney World Resort, and to public lockers or parking lots at
25   the Disneyland Resort.

26             The Parties stipulate to certifying the above Settlement Classes for
27   settlement purposes only, conditioned upon the Court entering the Final Approval
28   Order and the successful conclusion of appeals, if any, from the entry of the Final

- 8 -

CLASS ACTION SETTLEMENT
AGREEMENT AND RELEASE

1   Approval Order.  The Parties further agree that evidence of this limited stipulation
2   for settlement purposes only will not be deemed admissible in this or any other
3   proceeding and that it would be unsupportable to contend otherwise.

4       **E.      The Conduct of the Litigation**

5           Named Plaintiffs have vigorously prosecuted this Action, and Disney
6   has vigorously contested it, including extensive document, written and witness
7   discovery and many hours with retained consultants and employees analyzing the
8   claims and considering and developing reasonable modifications and assistive
9   measures.  These extensive efforts permit the Parties to assess the relative strengths
10  and weaknesses of their respective positions in the Action.

11          In the absence of an approved settlement, the Parties recognize that
12  they would face a potentially long and arduous litigation that would continue to
13  consume time and resources and present each of them with ongoing litigation risks
14  and uncertainties.  The Parties wish to avoid these risks and uncertainties, as well as
15  the consumption of time and resources, through settlement pursuant to the terms
16  and conditions of this Settlement Agreement.   After careful review and
17  consideration, the Named Plaintiffs, for themselves individually and on behalf of all
18  members of the Settlement Classes, and Class Counsel are of the opinion that this
19  Settlement Agreement is fair, reasonable, and adequate, and provides appropriate
20  relief for the Settlement Classes.  Class Counsel and the Named Plaintiffs, for
21  themselves individually and on behalf of all members of the Settlement Classes,
22  believe that this Settlement Agreement is in the best interest of the Settlement
23  Classes based on all the facts and circumstances.  As reflected by the signatures of
24  counsel at the end of this document, the Parties have consented to this Settlement
25  Agreement and will represent to the Court that this Settlement Agreement is fair
26  and reasonable.

27

28

CLASS ACTION SETTLEMENT
AGREEMENT AND RELEASE

**F.     No Admission of Liability**

Nothing contained in, nor the consummation of, this Settlement Agreement is to be construed or deemed an admission of liability, culpability, negligence, or wrongdoing on the part of Disney or any of the parties released by this Settlement Agreement.  Each of the Parties to this Settlement Agreement has entered into this Settlement Agreement with the intention of avoiding further disputes and litigation with the attendant inconvenience and expenses.   This Settlement Agreement is a settlement document and shall be inadmissible as provided in Rule 408 of the Federal Rules of Evidence or any other similar law.

**II.     RELIEF TO BE PROVIDED TO SETTLEMENT CLASSES**

**A.     Affirmative Relief**

In consideration of the dismissal and release of all claims asserted in the Second Amended Complaint, Disney agrees to perform the following affirmative steps to enhance accessibility for guests with visual impairments at the Disney Parks and on the Disney Websites.  Except where otherwise noted, Disney agrees to complete performance of such steps within one year after the Effective Date of this Settlement Agreement:

1.     The Website Class

a.     In connection with the planned redesign of the Disney Websites, Disney agrees to enhance the accessibility of such websites to users with visual impairments in a manner consistent with the provisions of Section II.A.1 of this Settlement Agreement.   Subject to Section II.A.1.a.(v) of this Settlement Agreement, Disney shall implement such accessibility enhancements in accordance with the accessibility standards set forth in Section II.A.1.b below and by the following dates:

(i)     By December 31, 2012:

A.     The majority of the content-related pages of the www.disneyworld.com website will be accessible to screen readers, including a

- 10 -

CLASS ACTION SETTLEMENT
AGREEMENT AND RELEASE

page containing an accessible version of the hours and schedules for the Walt Disney World Parks otherwise posted on the website.

B.     All of the menus currently posted on the www.disneyworld.com website will be accessible to screen readers.

C.     For Restaurants at the Disney Parks located at the Walt Disney World Resort, sample menus accessible to screen readers (which provide examples of the menu items, but do not necessarily accurately and completely reflect all short-term, temporary or daily menu items) will be posted on the www.disneyworld.com website.

(ii)     By July 2013:

A.     Guests of the Walt Disney World Resort using screen readers on the www.disneyworld.com website will be able to purchase tickets and passes to the Walt Disney World Parks and book rooms and packages at WDPR-owned properties at the Walt Disney World Resort to the same extent as individuals who are not using screen readers.

B.     The majority of the content-related pages of the www.disneyland.com website will be accessible to screen readers, including a page containing an accessible version of the hours and schedules for the Disneyland and DCA Parks otherwise posted on the website.

C.     All of the menus currently posted on the www.disneyland.com website will be accessible to screen readers.

D.     For Restaurants at Disneyland and DCA, sample menus accessible to screen readers (which provide examples of the menu items, but do not necessarily accurately and completely reflect all short-term, temporary or daily menu items) will be posted on the www.disneyland.com website.

(iii)     By June 30, 2014:  Guests of the Disneyland Resort using screen readers on the www.disneyland.com website will be able to purchase

CLASS ACTION SETTLEMENT
AGREEMENT AND RELEASE

tickets and passes to Disneyland and DCA and book rooms and packages at WDPR-owned properties at the Disneyland Resort to the same extent as individuals not using screen readers.

(iv)   By December 31, 2015:

A.   Individuals using screen readers on the www.disneycruise.com website will be able to book staterooms, reserve onboard activities, and book shore excursions on Disney Cruise Line cruises to the same extent as individuals who are not using screen readers.

B.   The majority of the content-related pages on the www.disneycruise.com website will be accessible to screen readers.

(v)   Diligence.   Disney agrees to undertake diligent, good faith efforts to satisfy the deadlines listed in this Section II.A.1.a.  The Parties agree that Disney will have complied with the provisions of this Section II.A.1.a as long as Disney has undertaken diligent, good faith efforts to meet the referenced deadlines.

b.   Applicable Accessibility Standards.   In fulfilling the obligations set forth in Section II.A.1.a above, WDPRO and WDPR agree to follow the WCAG 2.0 guidelines to the extent required by this Section II.A.1.b and Section II.A.1.c.

(i)   All Level A guidelines, except for Success Criteria 4.1.1 Parsing.

(ii)   The following Level AA guidelines:

A.   1.4.3 Contrast (Minimum), except for text that requires a certain foreground and background appearance to conform to the branding requirements that Disney establishes for the text;

B.   1.4.5 Images of Text;

C.   2.4.5 Multiple Ways;

D.    2.4.6 Headings and Labels;

E.    2.4.7 Focus Visible, except when the technical limitations of the supported web browsers, or other technical limitations, make it impractical to implement;

F.    3.2.4 Consistent Identification; and

G.    3.3.3 Error Suggestion.

(iii)   The following Level AAA guidelines:

A.    2.3.2 Three Flashes;

B.    2.4.9 Link Purpose (Link Only);

C.    2.4.10 Section Headings;

D.    3.1.4 Abbreviations;

E.    3.3.5 Help; and

F.    3.3.6 Error Prevention.

(iv)   To the extent that any of the Disney Websites utilize security measures designed by third parties, such as those offered by CAPTCHA or Turing, WDPRO agrees to implement such third party's features or tools for making such security measures accessible to users with visual impairments.

c.    Excluded Disney Websites Content.    The following portions of the Disney Websites need not comply with WCAG 2.0 standards or otherwise be made accessible to screen readers:

(i)   Content provided by users of the Disney Websites;

(ii)   The websites or web pages (other than the Disney Websites or the web pages that comprise the Disney Websites) that are reachable from links contained within the Disney Websites;

(iii)   Content contained on websites or platforms owned or operated by a party other than Disney;

(iv)   Content provided on the Disney Websites through a

CLASS ACTION SETTLEMENT
AGREEMENT AND RELEASE

1   direct feed from a party other than Disney, such as an RSS (Rich Site Summary)

2   feed;

3         (v)   Live webcasts;

4         (vi)   Those portions of the Disney Websites that are

5   built and maintained by parties other than Disney;

6         (vii)   Immersive, interactive marketing campaigns,

7   provided that ALT tags are provided for all images; and

8         (viii)   Short-term marketing websites or web pages that

9   are publicly available for less than four months in duration, provided that ALT tags

10   are provided for all images; and

11         (ix)   Personalized media content, including Photo Pass.

12       d.   Accessibility Policy.  Within 90 days after the Effective

13   Date:

14         (i)   WDPRO will adopt a written policy memorializing

15   its commitment to website accessibility and to compliance with the standards set

16   forth in Sections II.A.1.b and II.A.1.c above ("the Accessibility Policy");

17         (ii)   WDPRO and WDPR will each communicate the

18   Accessibility Policy to all of their respective employees and outside contractors

19   who each determines have responsibility for developing or maintaining the

20   accessibility features of the Disney Websites;

21         (iii)   Contracts between WDPRO and outside

22   contractors, which are entered into after the Effective Date, and relate to the

23   performance of services on the Disney Websites by such outside contractors, will

24   include a provision requiring compliance with the Accessibility Policy; and

25         (iv)   WDPRO will create a link to content within the

26   Disney Websites that will reaffirm the importance to Disney of making the Disney

27   Websites accessible to all of Disney's guests, including those who have visual

28   impairments, and will provide a method for making complaints or comments about

- 14 -

CLASS ACTION SETTLEMENT
AGREEMENT AND RELEASE

1    the accessibility of the Disney Websites.

2              e.    Accessibility    Testing/Development.    As    WDPRO

3    enhances the accessibility of the Disney Websites, as provided above, it will:

4                         (i)    Select    and    use    an    electronic    testing    tool

5    periodically to assess the Disney Websites;

6                         (ii)    Select and develop testing protocols for its quality

7    assurance process that include testing the Disney Websites against the requirements

8    stated in this Settlement Agreement; and

9                         (iii)    Test periodically the Disney Websites against the

10    version of the JAWS screen reader utility identified in the Accessibility Policy.

11              f.    Audits.  WDPRO agrees to conduct periodic audits of the

12    Disney Websites to monitor its ongoing compliance with the accessibility standards

13    it has agreed to follow in Section II.A.1.d above, provided that no audits are

14    required of any "Future Requirements," as defined in Section II.A.1.h below, or of

15    any of the accessibility standards in Section II.A.1.d that have been superseded by

16    such Future Requirements.   Such audits will utilize both electronic and human

17    testing components, including at least one individual with a visual impairment.  If

18    any audit under this Section II.A.1.f uncovers any failure to comply with the

19    obligations contained in this Settlement Agreement with respect to any newly-

20    launched portion of the Disney Websites, WDPRO will log any such non-

21    compliance and prioritize the remediation of any such non-compliance in the same

22    manner as other non-accessibility-related issues are remediated.

23              g.    Telephone Service.  Within 90 days after the Effective

24    Date, Disney will provide a telephone service to assist guests with visual

25    impairments who wish to purchase tickets and passes to the Disney Parks or to

26    book rooms and packages at WDPR-owned properties at the Walt Disney World

27    and Disneyland Resorts.   The telephone service shall be available at all times,

28    except when the computerized reservations systems that will be used by the service

CLASS ACTION SETTLEMENT
AGREEMENT AND RELEASE

1   are unavailable for routine maintenance, backup and upgrades and for unplanned

2   and unforeseen circumstances.   This telephone service shall be available until

3   WDPRO meets the standards identified in Sections II.A.1.a.(ii)A and II.A.1.a.(iii)

4   above.

5           h.      Intervening Legislation or Regulation.   In the event that

6   the U.S. Department of Justice, or other governmental body or agency with the

7   power to so act, issues website-related accessibility requirements (the "Future

8   Requirements") that become effective during the performance of the obligations

9   made in this Settlement Agreement, Disney may comply instead with any Future

10   Requirements that apply to the Disney Websites, and will not be obligated to

11   provide the affirmative relief required in Section II.A.1.a.

12           2.     The Effective Communication Class

13           a.      Schedules

14           (i)     As of the Effective Date, Disney will continue to

15   make available by telephone an audio recording that provides the schedules for

16   major entertainment offerings (*e.g.*, Fantasmic, World of Color) at Disneyland and

17   DCA.

18           (ii)    As of the Effective Date, Disney will provide a

19   telephone service to read parade and show information contained in the current and

20   applicable Schedule Information Sheet and answer questions about such parades

21   and shows upon request.   Within 90 days after the Effective Date, the telephone

22   number for this service will be included on the "Services for Guests with Visual

23   Disabilities" Information Sheet that is available at the Disney Parks and will be

24   posted on the www.disneyland.com and www.disneyworld.com websites on the

25   respective "Visual Disabilities" pages.   This telephone service will be available at

26   least until the earlier of the following events:   (a) the Next Generation Handheld

27   Device is deployed and contains the information available on the Schedule

28   Information Sheet, and (b) the applicable portions of the "Park Hours and

- 16 -

CLASS ACTION SETTLEMENT
AGREEMENT AND RELEASE

Schedule" pages of the www.disneyland.com and www.disneyworld.com websites containing the information on the Schedule Information Sheet are available in screen-readable format.

(iii)   Disney will take the actions identified in Sections II.A.1.a.(i)A and II.A.1.a.(ii)B for making information accessible that is contained on the "Park Hours and Schedule" pages of the www.disneyland.com and www.disneyworld.com websites.

b.   Menus

(i)   As of the Effective Date, Disney will provide a telephone service to read information from menus for Restaurants whose menus are posted on the "Dining" pages of the respective www.disneyland.com and www.disneyworld.com websites and answer questions about such menus upon request.   Within 90 days after the Effective Date, the telephone numbers for this service will be included on the "Services for Guests with Visual Disabilities" Information Sheet and will be posted on the "Visual Disabilities" pages of the respective www.disneyland.com and www.disneyworld.com websites.   This telephone service will be available at least until the earlier of the following events: (a) the Next Generation Handheld Device is deployed and contains menu content for the Restaurants that Disney identifies in Schedule E-1 of Exhibit E to this Settlement Agreement, and (b) the menus available on the www.disneyland.com and www.disneyworld.com websites are available in screen-readable format.

(ii)   Disney will take the actions identified in Sections II.A.1.a.(i)B and II.A.1.a.(ii)C for making information accessible that is contained on the "Dining" pages of the www.disneyland.com and www.disneyworld.com websites.

(iii)   Disney will include in the audio description service on the Next Generation Handheld Device menu content for the three Restaurants that it identifies in Schedule E-2 of Exhibit E to this Settlement Agreement.

CLASS ACTION SETTLEMENT
AGREEMENT AND RELEASE

(iv)   In developing the Next Generation Handheld Device, Disney will explore the possibility of including menu content for all Restaurants whose menus are available on the www.disneyland.com and www.disneyworld.com websites. Disney agrees to use diligent, good faith efforts to include menu content for the Restaurants that it identifies in Schedule E-3 of Exhibit E to this Settlement Agreement.

(v)   Disney will update its Operating Guidelines for food and beverage locations to provide that employees should read menus, including entire menus, to guests, upon request.

(vi)   Disney will provide a Braille menu at the four Restaurants it identifies in Schedule E-4 of Exhibit E to this Settlement Agreement. These Braille menus may be sample menus that provide examples of the menu items, but do not necessarily accurately and completely reflect all short-term, temporary or daily menu items.

c.   Stationary Braille Maps

Disney will provide at least two stationary Braille maps in each of the Disney Parks, except that stationary Braille maps will not be installed at DCA Park until approximately six months after its current renovation project is completed, which is targeted for June 2012.

d.   Mobile Braille Maps

Disney will provide mobile Braille maps at the Disney Parks for guests with visual impairments to borrow upon posting a refundable deposit not to exceed the deposit required for borrowing of the Handheld Device.

e.   Handheld Device

(i)   Disney will take the actions stated in Sections II.A.2.b.(iii) and II.A.2.b.(iv) and will also provide information in the audio description service of the Handheld Device relating to the locations of service animal relief areas. Named Plaintiffs acknowledge that these actions may benefit

CLASS ACTION SETTLEMENT
AGREEMENT AND RELEASE

1  members of the Effective Communication Settlement Class.

2         (ii)   In developing the Next Generation Handheld
3  Device, Disney will explore the possibility of: (a) providing navigational
4  capabilities that will allow guests with visual impairments to hear information
5  directing them to their desired locations; and (b) posting GPS coordinates for
6  various attractions or other locations within the Disney Parks for use by guests with
7  visual impairments who use map or global positioning system devices.

8         (iii)   Disney has considered any input provided by
9  Named Plaintiffs regarding the functionality of the Handheld Device prior to
10  Named Plaintiffs' entering into the Settlement Agreement.

11         f.   Companion Tickets

12         (i)   Within 10 business days after the Effective Date,
13  Disney will provide, at no charge, on a one-time basis, 100 one-day tickets for
14  admission to either Disneyland or DCA, and 100 one-day tickets for admission to
15  either Magic Kingdom, Epcot Center, Disney's Hollywood Studios or Disney's
16  Animal Kingdom, to no more than two 501(c)(3) charitable organizations, as
17  provided below.  The Parties shall jointly select up to two charitable organizations
18  whose primary purpose is to serve individuals with visual impairments, but only
19  one organization for the tickets to the Disney Parks at the Disneyland Resort and
20  one organization for the tickets to the Disney Parks at the Walt Disney World
21  Resort.

22         (ii)   The Parties agree that, by providing the enhanced
23  capacity and content of the audio description service on the Handheld Device (as
24  described in Section II.A.2.e above), and by providing temporary kenneling at
25  attractions on which service animals cannot ride (as described in Section II.A.3.e
26  below), Disney materially increases the ability of class members to visit the Disney
27  Parks without the assistance of a sighted companion.

28

- 19 -

3.     The Service Animal Class

a.     Within 90 days after the Effective Date, Disney will designate at least three service animal relief areas in the public areas at each of the Disney Parks and will continue to allow service animal relief in any open area at the Disney Parks.

b.     Within 180 days after the Effective Date, Disney will add information about the location of the designated service animal relief areas in each of the Disney Parks to (i) the "Visual Disabilities" and "Services for Guests with Service Animals" pages of the respective www.disneyland.com and www.disneyworld.com websites; and (ii) the "Services for Guests with Visual Disabilities" and the "Services for Guests with Service Animals" Information Sheets.  Disney will also add information about the location of the designated service animal relief areas in each of the Disney Parks to the relevant stationary and mobile Braille maps provided pursuant to this Settlement Agreement.

c.     Within the time stated in that Section II.A.2.e.(i), Disney will take the actions noted in that Section to add information to the audio description service on the Handheld Device describing the location of designated service animal relief areas.

d.     Disney will update the Operating Guidelines for its custodial employees and for employees working in the areas adjacent to the designated service animal relief areas to note the location of the designated service animal relief areas and policies for use of the areas.

e.     Disney will provide temporary kennels or cages at attractions at which service animals cannot ride.

f.     Disney will post on the respective "Visual Disabilities" pages of the www.disneyland.com and www.disneyworld.com websites, and include on the "Services for Guests with Service Animals" and "Services for Guests with Visual Disabilities" Information Sheets, its policy, applicable at attractions at

CLASS ACTION SETTLEMENT
AGREEMENT AND RELEASE

1  which service animals cannot ride, of allowing guests with service animals to leave

2  such service animals with another member of the guest's party and to permit the

3  guest or individual temporarily handling the service animal to exchange places with

4  the guest who has just taken the ride or attraction.

5        g.    Not later than 14 days after the Effective Date, WDPR

6  will commence permitting guests with visual impairments at the Disneyland Resort

7  who are accompanied by service animals to use the service animal relief area and

8  run at the Disneyland Resort kennel free of charge, provided that the guest stays

9  with the service animal at all times while visiting the kennel.

10        h.    Disney will update its Operating Guidelines for WDPR

11  employees who portray characters in the Disney Parks to provide that their

12  interactions with a guest accompanied by a service animal should occur as if the

13  guest were not accompanied by the service animal.  Training for WDPR employees

14  working as characters will include training on this aspect of the updated Operating

15  Guidelines.

16      4.    The Infrastructure Class

17        a.    Within six months after the Effective Date, Disney will

18  update its relevant Operating Guidelines to provide that disabled parade viewing

19  areas are available to all guests with disabilities, including guests with visual

20  impairments, who require preferential viewing as a result of their disability.  Disney

21  will continue to make these viewing areas available on a first-come, first-served

22  basis.

23        b.    Disney has reviewed its current designated disabled

24  parade viewing areas in the Disney Parks to consider whether the level of non-

25  parade ambient noise materially interferes with a guest's ability to experience the

26  parade.  The Named Plaintiffs acknowledge that Disney has already considered

27  their input on this subject.

28        c.    Disney will install five keyed lockers at a single location

- 21 -

CLASS ACTION SETTLEMENT
AGREEMENT AND RELEASE

at each of the Disneyland and DCA Parks. Locker keys will be made available to guests with visual impairments at a location determined by WDPR to be appropriate and near the keyed lockers. The rental rate of keyed lockers will not exceed the rental rate of non-keyed lockers.

    d.  Parking

      (i)  Disney will designate in the Pinocchio Lot at the Disneyland Resort the number of disabled parking spaces required by the applicable Americans with Disabilities Act Guidelines and by Title 24 of the California Building Code (the "Design Standards"). Consistent with these Design Standards, Disney will designate these parking spaces in the location that it determines to be the most proximate to the tram loading/unloading area adjacent to the Pinocchio Lot and the Mickey & Friends Parking Structure (the "Loading Area"). Disney will also create paths of travel between these parking spaces and the Loading Area that comply with the applicable provisions of the Design Standards.

      (ii)  Disney will, to the extent necessary, relocate or reconfigure any disabled parking spaces or paths of travel in the Mickey & Friends parking structure so that, other than the guest's own vehicle, a guest with disabilities is not required to travel behind parked vehicles.

**B.**  **Modification of Obligations in the Ordinary Course**

    Nothing in this Settlement Agreement is intended, nor shall it be interpreted, to prevent Disney, as part of its ongoing operations of the Disney Parks or of the Disney Websites, from implementing changes to the features of the Parks or Disney Websites, or their operation, that would modify any of Disney's obligations under Section II.A. of this Settlement Agreement (including eliminating any such feature or its operation), provided that any such changes to the Parks or Disney Websites or their operations comply with the Americans with Disabilities Act (42 U.S.C. §§ 12101 *et seq.*), the Unruh Civil Rights Act (Cal. Civ. Code §§ 51 *et seq.*), the Disabled Persons Act (Cal. Civ. Code §§ 54 *et seq.*) and all other laws

CLASS ACTION SETTLEMENT
AGREEMENT AND RELEASE

and regulations prohibiting discrimination against individuals with disabilities.

## III.    NOTICE TO SETTLEMENT CLASSES

In their motion seeking preliminary approval of the Settlement Agreement, the Named Plaintiffs, WDPR and Disney Online will propose that Class Counsel email or mail a copy of the Notice substantially in the form of Exhibit A to this Settlement Agreement to each individual known to Class Counsel to have a visual disability and to have expressed any concerns similar to those which Named Plaintiffs have alleged in the Action.   WDPR and Disney Online will make reasonable efforts, and will bear the costs, to publish the Notice in the next edition of the regularly-circulating publications of the National Federation of the Blind, the American Council of the Blind, The American Foundation for the Blind, and the Los Angeles Radio Reader Service.   Counsel for the Parties shall distribute the Notice described in this Section within 14 calendar days after the Court enters the Preliminary Approval Order.

The failure of any Class Members to receive the Notice shall not be a basis for invalidating this Settlement Agreement or any order entered pursuant to this Settlement Agreement, and the settlement shall nevertheless be binding upon all Class Members.

## IV.    CAFA NOTICE

Within 14 calendar days after the Court enters the Preliminary Approval Order, WDPR and Disney Online shall serve notice of the proposed settlement in compliance with the requirements of the Class Action Fairness Act, 28 U.S.C. §§ 1711 *et seq.*

## V.    RELEASE BY NAMED PLAINTIFFS

In consideration for the mutual promises and covenants set forth or referred to in this Settlement Agreement, the Named Plaintiffs, upon the entry of the Final Approval Order, will release Disney, its subsidiaries and affiliated companies, and in the case of all such entities, their respective past and present owners,

CLASS ACTION SETTLEMENT
AGREEMENT AND RELEASE

representatives, officers, directors, shareholders, attorneys, agents, employees, insurers, successors and assigns (collectively referred to as the "Released Parties") from any and all claims, counter-claims, liabilities, obligations, demands, and actions of any and every kind or nature whatsoever, known or unknown, that have arisen or might have arisen at any time up to and including the Effective Date. This Release includes any claims that were, or could have been, asserted in the Action, including, without limitation, individual and class claims for discrimination and/or denial of equal access to or enjoyment of any goods, services, facilities, websites, privileges, advantages, or accommodations based upon a disability related to visual impairment in violation of the Americans with Disabilities Act (42 U.S.C. §§ 12101 *et seq.*), the Unruh Civil Rights Act (Cal. Civil Code §§ 51 *et seq.*), the Disabled Persons Act (Cal. Civil Code §§ 54 *et seq.*), any other state, local or federal statute, rule, or regulation, or common law that governs, addresses, or affects the rights of individuals with disabilities to gain equal or full access to or enjoyment of places of public accommodation or places open to the public. This release includes, but is not limited to, claims for relief alleging a pattern and practice of disability-based discrimination in connection with, or an unlawful disparate impact associated with, access to or enjoyment of the Disney Parks or the websites owned or operated by Disney.

## VI.    RELEASE BY CLASS MEMBERS

In consideration for the mutual promises and covenants set forth or referred to in this Settlement Agreement, Class Members who are not Named Plaintiffs and each of their executors, successors, heirs, assigns, administrators, agents and representatives (collectively referred to as the "Releasing Parties"), upon the entry of the Final Approval Order, will release the Released Parties from any and all claims, counter-claims, liabilities, obligations, demands, and actions of any and every kind or nature whatsoever, known or unknown, that the Releasing Parties may have against the Released Parties for discrimination and/or denial of equal

CLASS ACTION SETTLEMENT
AGREEMENT AND RELEASE

access to or enjoyment of any goods, services, facilities, websites, privileges, advantages, or accommodations based upon a disability related to visual impairment under the common law or any state, local or federal statute, rule or regulation, arising from Disney's practices or procedures in connection with, or the condition of, the Disney Parks or websites owned or operated by Disney prior to the Effective Date, or as those practices, procedures or conditions at the Disney Parks or of the websites owned or operated by Disney are subsequently modified to comply with the terms of this Settlement Agreement.  This release includes but is not limited to any and all claims that have arisen or might have arisen that could have been asserted in the Action, including claims in violation of the Americans with Disabilities Act (42 U.S.C. §§ 12101 *et seq.*), the Unruh Civil Rights Act (Cal. Civil Code §§ 51 *et seq.*), the Disabled Persons Act (Cal. Civil Code §§ 54 *et seq.*), any other state, local or federal statute, rule, or regulation, or common law that governs, addresses or affects the rights of individuals with disabilities to gain equal or full access to or enjoyment of places of public accommodation or places open to the public.  This release includes, but is not limited to, claims for class-wide injunctive or declaratory relief alleging a class-wide pattern and practice of visual disability-based discrimination in connection with, or an unlawful disparate impact associated with, access to or enjoyment of the Disney Parks or the websites owned or operated by Disney.  This release includes any claims for damages, fines or penalties in amounts statutorily authorized (including as determined by reference to minimum or other prescribed amounts) for violations of the State Disability Statutes, but does not include claims for monetary damages (including as they may be multiplied) in individualized amounts recoverable by a Class Member that, under the State Disability Statutes or common law, are determined, not by reference to a minimum or other statutorily prescribed amount, but by the actual harm, loss, bodily injury, injury to property, emotional distress, or economic damage allegedly suffered by a Class Member.  By way of example, this release includes claims for

CLASS ACTION SETTLEMENT
AGREEMENT AND RELEASE

1   the $4,000 and $1,000 minimum damages authorized in California Civil Code

2   Section 52(a) and Section 54.3, respectively. This release is intended to bind all

3   Settlement Classes and Class Members and to preclude such Class Members from

4   asserting or initiating, either individually or through any third party, future claims

5   with respect to the issues in this Action or the subject matter of this Settlement

6   Agreement.

7   **VII.   CIVIL CODE § 1542 WAIVER**

8         As further consideration and inducement for this Settlement Agreement and

9   upon the satisfaction or waiver of any conditions subsequent set forth in this

10   Settlement Agreement, to the extent permitted by law, with respect to the Released

11   Claims, Named Plaintiffs, for themselves and for all Releasing Parties, (i) waive

12   and release any and all rights under Section 1542 of the California Civil Code or

13   any analogous state, local, or federal law, statute, rule, order or regulation that they

14   have or may have, (ii) acknowledge that the effect and impact of Section 1542 has

15   been explained to them by their own counsel, and (iii) further acknowledge that

16   they may later discover facts different than or in addition to those which they now

17   know or believe to be true with respect to the claims, demands, debts, liabilities,

18   actions, causes of action, costs and expenses released, and agree that this Settlement

19   Agreement shall be and will remain effective notwithstanding such different or

20   additional facts.  California Civil Code Section 1542 reads as follows:

21

22   "A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS

23   WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO

24   EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING

25   THE RELEASE, WHICH IF KNOWN BY HIM OR HER MUST

26   HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT

27   WITH THE DEBTOR."

28

CLASS ACTION SETTLEMENT
AGREEMENT AND RELEASE

Named Plaintiffs, for themselves and for all Releasing Parties, expressly waive the protections of California Civil Code Section 1542 with respect to the Released Claims.

## VIII. NAMED PLAINTIFFS' SERVICE PAYMENTS

In recognition of the Named Plaintiffs' role in prosecuting this Action, including the provision of information to Class Counsel, assisting with disclosures and feedback to Disney, responding to Disney's discovery requests, and appearing and testifying at depositions noticed by Disney, Class Counsel shall file a motion for an award of service payments of no more than $15,000 for each Named Plaintiff to be paid by Disney, which motion shall be heard at the time of the Final Approval and Fairness Hearing. Class Counsel shall file this motion within 14 days after the Court enters the Preliminary Approval Order. Disney shall neither oppose nor support this motion. The amount of each service payment will be determined by the Court.

If approved by the Court, and subject to each of the Named Plaintiffs providing counsel of record for Disney with completed Forms W-9, Disney shall pay the approved service payment amounts to the Named Plaintiffs within 30 days after the Effective Date by means of a check sent by certified U.S. mail to the address provided by Class Counsel. Disney shall issue Forms 1099 to each of the Named Plaintiffs for the full amount of such payments.

## IX.   ATTORNEYS' FEES AND COSTS

Class Counsel shall file a motion for an award of reasonable attorneys' fees and costs not to exceed $1,550,000. This award and amount shall include all fees and costs recoverable including any attorneys' fees and costs incurred after the date of this Settlement Agreement. This motion shall be heard at the time of the Final Approval and Fairness Hearing. Class Counsel shall file the motion for an award of fees within 14 days after the Court enters the Preliminary Approval Order. Disney

CLASS ACTION SETTLEMENT
AGREEMENT AND RELEASE

1  shall not oppose this motion or any proposed order awarding fees and costs in an

2  amount not to exceed $1,550,000 in the aggregate.

3       Subject to each of the Class Counsel providing counsel of record for Disney

4  with completed Forms W-9 and appropriate and complete wiring instructions,

5  Disney shall pay any amounts due pursuant to this section and an Order of the

6  Court within 30 days after the Effective Date by wiring the appropriate amount to a

7  bank account designated for such purposes by Class Counsel.

8  **X.  PRELIMINARY APPROVAL**

9       Named Plaintiffs, WDPR and Disney Online will submit this Settlement

10  Agreement to the Court, and request (1) preliminary approval of the terms of the

11  Settlement Agreement, (2) approval of the Notice attached as Exhibit A to this

12  Settlement Agreement, or such other notice that the Court shall mandate, and (3)

13  approval of all other steps to be taken to obtain Final Approval. Named Plaintiffs,

14  WDPR and Disney Online will request that the Court enter a Preliminary Approval

15  Order, substantially in the form of Exhibit B.

16       Named Plaintiffs, WDPR and Disney Online shall cooperate to obtain the

17  Court's prompt preliminary and final approval of the Settlement Agreement. To

18  expedite the implementation of the Settlement Agreement, Named Plaintiffs,

19  WDPR and Disney Online shall ask the Court to set the hearing on the final

20  approval of the Agreement no more than 75 days after the first provision of the

21  Notice.

22       Counsel for Named Plaintiffs, WDPR and Disney Online shall distribute the

23  Notice within 14 days after the Court enters the Preliminary Approval Order. In

24  addition, Class Counsel shall file the motions contemplated in Sections VIII and IX

25  above within 14 days after the Court enters the Preliminary Approval Order.

26  **XI.  CLASS MEMBER OBJECTIONS**

27       Any member of the Settlement Classes who elects to object to this Settlement

28  Agreement and the proposed Preliminary Approval Order or otherwise to be heard

- 28 -

CLASS ACTION SETTLEMENT
AGREEMENT AND RELEASE

1    concerning this settlement, shall timely inform Class Counsel, in writing of his or

2    her intent to object or appear at the Final Approval and Fairness Hearing by

3    following the procedures set forth in the Notice.  The objection date shall be set at

4    least 35 days after the date on which Notice is distributed, and shall be after the date

5    that Class Counsel files the motions contemplated in Sections VIII and IX above.

6    **XII.   FINAL APPROVAL AND FAIRNESS HEARING**

7         On the date set forth in the Notice, the Court shall conduct the Final

8    Approval and Fairness Hearing.

9         The Parties shall request that, if the Court approves the Settlement

10   Agreement at the Final Approval and Fairness Hearing, it shall enter the Final

11   Approval Order substantially in the form proposed as Exhibit C to this Settlement

12   Agreement.

13   **XIII.   FINAL APPROVAL ORDER**

14        The Final Approval Order shall: (a) dismiss the Second Amended Complaint

15   and Teresa Stockton's allegations in the First Amended Complaint with prejudice;

16   (b) approve the settlement, adjudging the terms of this Settlement Agreement to be

17   fair, reasonable and adequate, and direct consummation of its terms and provisions;

18   and (c) permanently enjoin all Class Members from presenting against Disney or its

19   present or former parent companies, subsidiaries, affiliates, shareholders, officers,

20   directors, employees, partners, agents, representatives, attorneys, insurers, and any

21   other successors and assignees, any individual or Settlement Class claims that are

22   released by Sections V or VI of this Settlement Agreement or which were or could

23   have been asserted in the Action.

24   **XIV.   DISPUTE RESOLUTION**

25        The Parties agree that only the Parties, or Class Counsel on behalf of a

26   member of the Settlement Class, may initiate a proceeding for violation or

27   enforcement of the terms of the Settlement Agreement and that before any Party or

28   Class Counsel initiates any claim, motion or other proceeding for violation or

CLASS ACTION SETTLEMENT
AGREEMENT AND RELEASE

enforcement of the Settlement Agreement, the complaining Party must first provide the counterparty with (i) written notice of the matter in dispute to the counsel of record in the Action for that counterparty and (ii) a reasonable opportunity to cure any alleged event of default or omission. The Party receiving such written notice of a matter in dispute must respond in writing within four weeks of receipt of the notice providing either a statement of opposition to the claim or of its intent to cure. In the event that this notice and cure procedure is unavailing, the Parties may apply to the Court to enforce the Settlement Agreement.

**XV. FORCE MAJEURE**

Disney's obligations under this Settlement Agreement, including the obligations under Section II.A of this Settlement Agreement, may be postponed if the postponement is caused by or attributable to a *force majeure*. Under this *force majeure* provision, Disney's obligations under this Settlement Agreement may be tolled, for the period of the *force majeure*'s effect, if any inability to perform any obligations under this Settlement Agreement is due to acts of God, war, government laws or regulations, terrorism, disaster, strikes, civil disorder or an emergency beyond Disney's control, that make it illegal or impossible for Disney to perform.

**XVI. APPLICABLE LAW**

The Parties agree that this Settlement Agreement shall be in all respects interpreted, enforced and governed by and under federal law and, to the extent that resort must be had to state law, by the law of the State of California.

**XVII. FAILURE TO OBTAIN FINAL APPROVAL**

In the event that this Settlement Agreement does not become final and effective in its current form, for whatever reason, this entire Settlement Agreement, including its exhibits, shall become null and void and of no force or effect. In that event, no Party shall make any arguments in the Action based on any other Party having made any agreement in any of the papers submitted in connection with the

1    settlement process, or any Preliminary Approval Order entered as part of the

2    settlement process.

3    **XVIII.      CONFIDENTIALITY**

4        All proprietary and confidential documents or information that previously

5    have been provided to Class Counsel and/or the Named Plaintiffs as of the date this

6    Settlement Agreement is executed shall be treated as, and shall forever remain,

7    confidential.  Those documents and information shall not be disclosed to anyone

8    other than the Court or agreed-upon mediator or special master in connection with

9    any proceedings to enforce any provision of this Settlement Agreement.  If such

10   disclosure is deemed necessary by Class Counsel, Class Counsel shall identify and

11   disclose to Disney such documents and information deemed necessary to disclose at

12   least 10 business days prior to filing such documents with the Court, mediator, or

13   special master, and, if Disney so requests, shall seek permission to file said

14   documents with this Court, mediator, or special master under seal.  All the files,

15   records, discovery, investigation, work papers and any other document, whether

16   electronic or written, that describes or contains any assessment of practices of

17   Disney or which describes a condition, act or event at the Disney Parks or which

18   relates to any of the websites owned or operated by Disney (with the exception of

19   documents that were publicly filed with the Court) shall not be made available to or

20   transferred to any other person and shall be kept and maintained by Class Counsel

21   inviolate.  Class Counsel warrant to Disney that they shall not produce their files, or

22   any portion of such files (with the exception of documents that were publicly filed

23   with the Court), to any other person unless compelled to do so by a formal legal

24   process in which event Class Counsel shall promptly notify counsel of record for

25   Disney of that event.  Nothing in this paragraph shall prevent Class Counsel from

26   using any information obtained in the course of this case in connection with any

27   action necessary to enforce or maintain the Settlement Agreement, or in connection

28   with any claim of professional negligence brought against Class Counsel.

- 31 -

CLASS ACTION SETTLEMENT
AGREEMENT AND RELEASE

Within 60 days after the Effective Date, all proprietary and confidential documents or information provided to Class Counsel by Disney and designated as "Confidential" or a similar designation pursuant to the Confidentiality Agreement executed by the Parties and all copies of such documents or information shall be destroyed, except that Class Counsel may maintain copies of all documents filed with the Court. Certification of such destruction shall be provided to counsel of record for Disney.

Other than necessary disclosures made to the Court, including the public filing of this Settlement Agreement and the Class Notice attached as Exhibit A to this Settlement Agreement, the Parties' settlement negotiations and all related information shall be held strictly confidential by Class Counsel and the Named Plaintiffs, and shall not be disclosed to any third parties (including the media). Notwithstanding the provisions in this Section, Class Counsel and the Named Plaintiffs may communicate with members of the Classes for purposes of implementing, administering and enforcing the Settlement Agreement as provided in this Settlement Agreement, and Class Counsel may respond to inquiries they receive from Class Members.

## XIX. COMMUNICATIONS WITH THE MEDIA

The Parties and their counsel agree that they will not issue any press releases, initiate any contact with the media, or have any communications with the media about this Action or the fact, amount or terms of the settlement, except that Disney may make statements to the media about the accessibility of the Disney Parks or Parks Websites for its guests with disabilities, and the enhancements that it has agreed to make for guests with visual impairments.

## XX. MISCELLANEOUS

### A.   No Oral Modification

This Settlement Agreement may not be changed, altered, or modified, except in writing and signed by the Parties to this Settlement Agreement, and

CLASS ACTION SETTLEMENT
AGREEMENT AND RELEASE

1  approved by the Court.  This Settlement Agreement may not be discharged except

2  by performance in accordance with its terms or by a writing signed by all of the

3  Parties to this Settlement Agreement.

4  **B.     Entire Agreement**

5  This Settlement Agreement contains the entire agreement between the

6  Parties relating to the settlement and transaction contemplated by this Settlement

7  Agreement, and all prior or contemporaneous agreements, understandings,

8  representations, and statements, whether oral or written and whether by a Party or

9  such Party's legal counsel are merged into this Settlement Agreement.  No rights

10  under this Settlement Agreement may be waived except in writing.

11  **C.     Successors in Interest**

12  This Settlement Agreement shall be binding upon and inure to the

13  benefit of the Parties to this Settlement Agreement and their respective heirs,

14  trustees, executors, administrators, successors and assigns.

15  **D.     Execution in Counterparts**

16  This Settlement Agreement may be executed in counterparts, and

17  when each Party has signed and delivered at least one such counterpart, each

18  counterpart shall be deemed an original, and, when taken together with other signed

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

- 33 -

1   counterparts, shall constitute one fully-signed Settlement Agreement, which shall

2   be binding upon and effective as to all Parties.

3       STIPULATED AND AGREED TO BY:

4

5   Dated:    January 18, 2013          DRINKER BIDDLE & REATH LLP

6

7   By:  */s/ David H. Raizman*
          DAVID H. RAIZMAN

8   Attorneys for Defendants
Walt Disney Parks and Resorts U.S.,
9   Inc., Disney Online, and Walt Disney
Parks and Resorts Online

10

11   Dated:    January 18, 2013          FORIZS & DOGALI, P.A.

12

13   By:  */s/ Andy Dogali*
          ANDY DOGALI

14   Attorneys for Named Plaintiffs
15   Cari Shields and Amber Boggs and
the Settlement Classes

16

17   Dated:    January 18, 2013          EUGENE FELDMAN, ATTORNEY AT
LAW, APC
18

19   By:  */s/ Eugene Feldman*
          EUGENE FELDMAN
20

21   Attorneys For Named Plaintiffs
Cari Shields and Amber Boggs and
the Settlement Classes

22

23

24

25

26

27

28

- 34 -

CLASS ACTION SETTLEMENT
AGREEMENT AND RELEASE

# CERTIFICATE OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is Drinker Biddle & Reath LLP, 1800 Century Park East, Suite 1400, Los Angeles, California 90067.

On **January 18, 2013**, I served the foregoing document described as: **CLASS ACTION SETTLEMENT AGREEMENT AND RELEASE** on the interested parties in this action by transmitting a copy as follows:

### SEE ATTACHED SERVICE LIST

_X_   **By ELECTRONIC FILING** (I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel denoted on the attached Service List.)

____   **By PERSONAL SERVICE**

    ____   by personally delivering such envelope to the addressee.

    ____   by causing such envelope to be delivered by messenger to the office of the addressee.

_X_   **By UNITED STATES MAIL** (I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.)

____   **By OVERNIGHT DELIVERY** (by causing such envelope to be delivered to the office of the addressee by overnight delivery via Federal Express or by other similar overnight delivery service.)

____   **By FAX TRANSMISSION**

____   (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_X_   (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **January 18, 2013**, at Los Angeles, California.

| MELANIE WILLIS | /s/ Melanie Willis |
|---|---|
| Name | Signature |

1

## SERVICE LIST

2

3
*Cari Shields, et al. v. Walt Disney Parks and Resorts US, Inc., et al.*
*USDC Case No. 2:10-cv-05810-DMG-FMO*

4

5
**Served Electronically**

6

7
A. Anderson B. Dogali
adogali@forizs-dogali.com, cfranklin@forizs-dogali.com

8
Barbara Ursula Uberoi
buberoi@forizs-dogali.com, ksutton@forizs-dogali.com

9

10
Lee Wm. Atkinson
latkinson@forizs-dogali.com

11
Eugene Feldman
genefeldman@mindspring.com

12

13
David Grant Geffen
geffenlaw@aol.com, surisageffenlaw@aol.com, smgeffenlaw@aol.com

14
Surisa E. Rivers
Surisageffenlaw@aol.com

15

16
Mehgan Sidhu
msidhu@nfb.org

17

18
**Served by U.S. Mail**

19
Teresa Stockton
1760 West Avenue J-12, Apt 107

20
Lancaster, CA 93534

21

22

23

24

25

26

27

28