David H. Raizman (SBN 129407)
david.raizman@dbr.com
James M. Altieri (Admitted *Pro Hac Vice*)
james.altieri@dbr.com
DRINKER BIDDLE & REATH LLP
1800 Century Park East, Suite 1400
Los Angeles, California 90067-1517
Telephone:   (310) 203-4000
Facsimile:    (310) 229-1285

Attorneys for Defendants
Walt Disney Parks and Resorts U.S., Inc.,
Disney Online and Walt Disney Parks and
Resorts Online

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARI SHIELDS, AMBER BOGGS and TERESA STOCKTON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WALT DISNEY PARKS AND RESORTS U.S., INC., DISNEY ONLINE, AND WALT DISNEY PARKS AND RESORTS ONLINE, DOES 1-10, INCLUSIVE,<br><br>Defendants. | Case No. CV10-5810-DMG (FMOx)<br><br>Class Action<br><br>**STIPULATION OF PARTIES TO CONTINUE HEARING ON FINAL APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT**<br><br>Date:          January 18, 2013<br>Time:          9:30 a.m.<br>Courtroom:   7<br><br>**Proposed Date:  January 25, 2013**<br>**Time:           9:30 a.m.**<br>**Courtroom:      7**<br><br>Judge:  Hon. Dolly M. Gee |

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION TO CONTINUE FINAL APPROVAL
HEARING

1  Andy Dogali (Admitted *Pro Hac Vice*)
   adogali@forizs-dogali.com
2  FORIZS & DOGALI, P.A.
   4301 Anchor Plaza Parkway, Suite 300
3  Tampa, Florida 33634
   Telephone:   (813) 289-0700
4  Facsimile:   (813) 289-9435

5  Eugene Feldman (SBN 118497)
   genefeldman@mindspring.com
6  EUGENE FELDMAN, ATTORNEY AT LAW, APC
   555 Pier Avenue, Suite 4
7  Hermosa Beach, California 90254-3800
   Telephone:   (310) 372-4636
8  Facsimile:   (310) 372-4639

9  Attorneys for Plaintiffs
   Cari Shields and Amber Boggs and
10 Class Plaintiff

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION TO CONTINUE FINAL APPROVAL
HEARING

1    Plaintiffs Cari Shields and Amber Boggs, on their own behalf and on
2  behalf of the classes they represent (collectively "Plaintiffs"), and defendants
3  Walt Disney Parks and Resorts U.S., Inc., Disney Online and Walt Disney
4  Parks and Resorts Online (collectively "Defendants") hereby stipulate and
5  agree as follows:

6    1.    Lead counsel for the Plaintiffs informed Defendants on January 17,
7  2013 that a family member had experienced a serious medical event the prior
8  evening and that he was no longer able to attend the hearing on the motion for
9  final approval of the Class Action Settlement Agreement and Release, currently
10  scheduled for January 18, 2013.

11    2.    The parties agree that the presence of lead counsel for Plaintiffs
12  would be helpful to the Court at the hearing.

13    3.    Plaintiffs and Defendants have agreed that they are available for
14  the continued hearing on January 25, 2013, at 9:30 a.m., and have confirmed
15  with the Court that that date is available on the Court's calendar for such a
16  hearing.

17  \ \ \
18  \ \ \
19  \ \ \
20  \ \ \
21  \ \ \
22  \ \ \
23  \ \ \
24  \ \ \
25  \ \ \
26  \ \ \
27  \ \ \
28  \ \ \

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

1

STIPULATION TO CONTINUE FINAL APPROVAL
HEARING

1    4.    Plaintiffs and Defendants agree and respectfully request that the
2  Court continue the hearing to January 25, 2013, at 9:30 a.m.

3

4  Dated:    January 18, 2013              Respectfully submitted,

5                                          DRINKER BIDDLE & REATH LLP

6

7                                          By:   */s/ David H. Raizman*
                                                 David H. Raizman

8

9                                          Attorneys for Defendants
                                           Walt Disney Parks and Resorts U.S., Inc.,
                                           Disney Online and Walt Disney Parks and
10                                         Resorts Online

11

12  Dated:    January 18, 2013             FORIZS & DOGALI, P.A.

13                                         EUGENE FELDMAN ATTORNEY AT LAW,
                                           APC
14

15                                         By:   */s/ Andy Dogali*
                                                 Andy Dogali
16

17                                         Attorneys for Plaintiffs
                                           Cari Shields and Amber Boggs and Class
                                           Plaintiffs
18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE FINAL APPROVAL
                                                                    HEARING

## CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

     I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is Drinker Biddle & Reath LLP, 1800 Century Park East, Suite 1400, Los Angeles, California 90067.

     On **January 18, 2013**, I served the foregoing document described as:  **STIPULATION OF PARTIES TO CONTINUE HEARING ON FINAL APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT** on the interested parties in this action by transmitting a copy as follows:

### SEE ATTACHED SERVICE LIST

__X__  **By ELECTRONIC FILING** (I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel denoted on the attached Service List.)

_____  **By PERSONAL SERVICE**

    _____  by personally delivering such envelope to the addressee.

    _____  by causing such envelope to be delivered by messenger to the office of the addressee.

__X__  **By UNITED STATES MAIL** (I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.)

_____  **By OVERNIGHT DELIVERY** (by causing such envelope to be delivered to the office of the addressee by overnight delivery via Federal Express or by other similar overnight delivery service.)

_____  **By FAX TRANSMISSION**

_____  (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

__X__  (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **January 18, 2013**, at Los Angeles, California.

_____MELANIE WILLIS_____        _____/s/ Melanie Willis_____
Name                                      Signature

# SERVICE LIST

***Cari Shields, et al. v. Walt Disney Parks and Resorts US, Inc., et al.***
***USDC Case No. 2:10-cv-05810-DMG-FMO***

## Served Electronically

A. Anderson B. Dogali
adogali@forizs-dogali.com, cfranklin@forizs-dogali.com

Barbara Ursula Uberoi
buberoi@forizs-dogali.com, ksutton@forizs-dogali.com

Lee Wm. Atkinson
latkinson@forizs-dogali.com

Eugene Feldman
genefeldman@mindspring.com

David Grant Geffen
geffenlaw@aol.com, surisageffenlaw@aol.com, smgeffenlaw@aol.com

Surisa E. Rivers
Surisageffenlaw@aol.com

Mehgan Sidhu
msidhu@nfb.org

## Served by U.S. Mail

Teresa Stockton
1760 West Avenue J-12, Apt 107
Lancaster, CA 93534