UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARI SHIELDS, et al.,<br>  Plaintiffs,<br>v.<br>WALT DISNEY PARKS AND RESORTS U.S., INC., et al.,<br>  Defendants. | Case No.: 10-cv-05810 DMG (FMOx)<br><br>ORDER SETTING HEARING ON MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT [282]<br><br>Date: Jan. 25, 2013<br>Time: 9:30 a.m.<br>Place: Courtroom 7 |

Having considered the January 18, 2013 Stipulation of plaintiffs Cari Shields and Amber Boggs, on their own behalf and on behalf of the classes they represent ("Plaintiffs"), and of defendants Walt Disney Parks and Resorts U.S., Inc., Disney Online and Walt Disney Parks and Resorts Online ("Disney"), and good cause appearing therefor,

CASE NO. 10-CV-5810DMG(JEM)   - 1 -   [PROPOSED] ORDER SETTING HEARING ON MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

IT IS HEREBY ORDERED that that the hearing on the parties' joint motion for final approval of the class action settlement agreement is set for January 25, 2013, at 9:30 a.m. in Courtroom 7.

IT IS SO ORDERED.

DATED: January 24, 2013

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

CASE NO. 10-CV-5810DMG(JEM) - 2 - [PROPOSED] ORDER SETTING HEARING ON MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT